UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                          Cr. File No. 04-320 (PAM/RLE)

                    Plaintiff,

v.                                                   **AMENDED ORDER**

James Armand Coryea,

                    Defendant.

This matter is before the Court on Defendant James Armand Coryea's Motion to Amend Sentence to Extend Report Date. Defendant requests that the Court modify his voluntary surrender date from August 1, 2005, to September 12, 2005. The Court will grant the request, but only until August 19, 2005. Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Amend Sentence to Extend Report Date (Clerk Doc. No. 60) is **GRANTED**; and

2. Defendant shall voluntarily surrender himself to the Office of the United States Marshal in Minneapolis or at such other place as the Marshal shall designate on or before Friday, August 19, 2005, at 11:00 A.M. Until his surrender, Defendant is required to report regularly to Pretrial Services.

Dated: August 2, 2005

                                                     s/Paul A. Magnuson
                                                     Paul A. Magnuson
                                                     United States District Court Judge