UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Cr. File No. 04-320 (PAM/RLE) |
| Plaintiff, | |
| v. | **AMENDED ORDER** |
| James Armand Coryea, | |
| Defendant. | |

This matter is before the Court on Defendant James Armand Coryea's Motion to Amend Sentence to Extend Report Date. On August 2, 2005, the Court extended Defendant's report date from August 1, 2005, to August 19, 2005. Defendant now requests that the Court extend his report date to September 6, 2005.

Defendant has been diagnosed with uncontrolled type 2 diabetes, and is currently receiving treatment to stabilize his condition. Defendant has a doctor's appointment on September 6, 2005, and respectfully requests that the Court extend his report date to a date shortly after September 6, 2005. Although the Court is cognizant of Defendant's serious medical condition, the Court nevertheless finds that further extension is unnecessary. The Court instructs Defendant to appear as directed on August 19, 2005. However, the Court strongly recommends that the Bureau of Prisons assign Defendant to the Federal Medical Center-Rochester, so that he may receive proper treatment for his serious diabetic condition.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Amend Sentence to Extend Report Date (Clerk Doc. No. 67) is **DENIED**; and

2. Defendant is ordered to appear as directed on August 19, 2005.

Dated: August 15, 2005

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge
